Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-11-00624-CR

**IN RE** Kenneth **ARMSTRONG**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  September 14, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On August 26, 2011, relator filed a petition for writ of mandamus, complaining the trial court failed to award him the proper amount of jail time credit. On June 22, 2011, the trial court signed a judgment nunc pro tunc awarding relator jail time credit from May 26, 2006 to October 24, 2007. Relator complains his jail time credit should instead run from May 5, 2005 to October 24, 2007.

However, relator has the burden of providing this court with a record sufficient to establish his right to mandamus relief. *See* TEX. R. APP. P. 52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *see also* TEX. R. APP. P. 52.3(k)(1)(A);

---

[1] This proceeding arises out of Cause No. 2006-CR-8495, styled *State of Texas v. Kenneth Ray Armstrong*, in the 144th Judicial District Court, Bexar County, Texas, the Honorable Angus K. McGinty presiding.

*Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).  Relator has failed to provide this court with a record showing that the trial court's award of jail time credit is incorrect.

Based on the foregoing, we conclude relator has not shown himself entitled to mandamus relief.  Accordingly, relator's petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH